UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROBERTS,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT
SERVICE, INCORPORATED,

    Defendant.
_____/

Case No. 1:15-cv-317

HON. JANET T. NEFF

## NOTICE OF SETTLEMENT

The parties have agreed to settle this action and intend to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure no later than May 15, 2015.

Dated: May 1, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com