UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROBERTS,

        Plaintiff,

v.

DIVERSIFIED ADJUSTMENT
SERVICE, INCORPORATED,

        Defendant.
_____/

Case No. 1:15-cv-317

HON. JANET T. NEFF

## STIPULATION TO DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff through his attorney of record and defendant through its attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action, with prejudice as to all parties, and with no award of costs or attorney fees to any party.

Dated: May 11, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: May 11, 2015

/s/ Amy R. Jonker
Amy R. Jonker (P73906)
Dykema Gossett PLLC
Attorneys for Defendant
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, Michigan 49503-2306
(616) 776-7521
ajonker@dykema.com